AO 106 (Rev. 01/09) Application for a Search Warrant

FILED

US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Oct 5, 2017

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 17 cm 115
Information Associated With Facebook User ID )
100015932445284 With User Name Leo Gonzalez )
Stored at Premises Controlled by Facebook )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Arkansas_____ *(identify the person or describe property to be searched and give its location):* See "Attachment A"
This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711 (3)(A) and Federal Rule of Criminal Procedure 41

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

❐ evidence of a crime;

❐ contraband, fruits of crime, or other items illegally possessed;

❐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___3583___ , and the application is based on these facts: Violation of Supervised Release. See Attached Affidavit.

☑ Continued on the attached sheet.

❐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ben Runnels, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/5/17__

_____
*Judge's signature*

City and state: Fayetteville, Arkansas

Erin L. Wiedemann, US Magistrate Judge
*Printed name and title*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 0 5 2017

DOUGLAS F. YOUNG, Clerk
By
       Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID **100015932445284** WITH USER NAME LEO GONZALEZ THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | Case No. 17cm115<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Ben Runnels, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I make this affidavit in support of an application for a search warrant for

information associated with a certain Facebook user ID that is stored at premises owned,

maintained, controlled, or operated by Facebook, a social networking company headquartered in

Menlo Park, California.  The information to be searched is described in the following paragraphs

and in Attachment A.  This affidavit is made in support of an application for a search warrant

under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to

the government records and other information in its possession, pertaining to the subscriber or

customer associated with the user ID.

2.     I am a Deputy U.S. Marshal with the U.S. Marshals Service, and have been since

June 24, 2016.  In 2016, I graduated from the Federal Law Enforcement Training Center

(FLETC) Basic Deputy U.S. Marshal Training Program and the FLETC Criminal Investigators

Training Program.  Prior to that, I graduated from the Black River Technical College-Law

Enforcement Training Academy (BRTC-LETA) in 2006, and was a Jonesboro Police Officer in

Jonesboro, Arkansas until 2011. I then became a full-time law enforcement instructor at the

BRTC-LETA in 2011 until 2016 when I was offered employment by the United States Marshals

Service. I have an Associate of Arts and an Associate of Applied Science in Criminal Justice

from Black River Technical College, as well as, an Associate of Science, Bachelor of Science in

Psychology, and a Masters of Public Administration degree from Arkansas State University. I

have participated in numerous investigations of criminal activity to include federal fugitive

investigations. I am currently assigned to the Western District of Arkansas Fayetteville Division.

My primary duty is to conduct fugitive investigations for federal, state and local agencies as part

of the Western Arkansas Fugitive Task Force.

      3.      The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set

forth all of my knowledge about this matter.

      4.      Based on my training and experience and the facts as set forth in this affidavit,

there is probable cause to believe that a violation of Title 18 U.S.C. § 3583 for absconding from

supervised released has been committed by Leonardo Gonzalez. Gonzalez was originally

sentenced to 41 months at the Bureau of Prisons with five years of supervised release to follow

for violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 21 U.S.C. § 846, Conspiracy to

Distribute Methamphetamine. GONZALEZ is a fugitive from justice, and the information likely

to be obtained from the search warrant is relevant to the ongoing criminal investigation.

**PROBABLE CAUSE**

      5.      On May 29, 2014, Gonzalez's federal supervision commenced after his release

from the Texas Department of Corrections. Gonzalez failed to check in with the Probation Office.

2

On October 7, 2016, an Arrest Warrant was issued in the Western District of Arkansas for

violations of conditions of supervised release, including (1) the defendant's failure to report to

the probation office in the district in which the defendant is released within 72 hours of release

from custody from the Bureau of Prisons, and (2) the defendant's arrest for possession of a

controlled substance in violation of the condition that the defendant shall not commit another

federal, state or local crime.  This fugitive case was subsequently assigned to Deputy U.S.

Marshal (DUSM) Ben Runnels.  Based on the paperwork provided as part of the delegation to

the USMS, DUSM Runnels is familiar with the identity and background of GONZALEZ.

      6.     On or about June 20, 2017, DUSM Runnels identified an active Facebook account

for GONZALEZ.  DUSM Runnels observed a Facebook page under the unique identification

name "Leo Gonzalez".  DUSM   Runnels viewed this account and observed a photo of a child

depicted in the main profile picture for the account, which was posted on or about April 17,

2017.  DUSM Runnels recognized the photo from the "Leo Gonzalez" active Facebook account

as the same photo that is displayed on the active Facebook account identified for Teresa

Negrete, who is the mother of GONZALEZ's son.  Furthermore DUSM Runnels located an

active Facebook account for GONZALEZ's brother, Jesus Manual Gonzalez Jr., who has public

pictures of himself, NEGRETE, and GONZALEZ' son.  DUSM Runnels recognized

GONZALEZ's son as the same child depicted in the profile picture on the "Leo Gonzalez"

Facebook page. Jesus Manuel Gonzalez Jr. is also Facebook friends with both "Leo Gonzalez"

and NEGRETE.  All of the above information about the duplicate photo and the Facebook

accounts lead DUSM Runnels to believe that the "Leo Gonzalez" Facebook account is the active

account for the fugitive Leonardo Gonzalez. The affiant believes that the information sought will

provide meaningful,

substantial assistance to the USMS in its effort to apprehend this fugitive by allowing them to pinpoint his location when he accesses and utilizes his Facebook account.

7.      A search warrant will allow the U.S. Marshals Service to observe private content (as described in Attachment B) associated with the Facebook account identified by the unique name "Leo Gonzalez" and Facebook user ID 100015932445284   at https://www.facebook.com/profile.php?id=100015932445284; that is otherwise unavailable from public view due to privacy settings selected by the user of the above listed account, ultimately assisting DUSMs in the capture of a fugitive from justice.

8.      Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

9.      Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

10.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for

purposes of Facebook and can exchange communications or view information about each other.
Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which
highlights information about the user's "Friends," such as profile changes, upcoming events, and
birthdays.

11.     Facebook users can select different levels of privacy for the communications and
information associated with their Facebook accounts.  By adjusting these privacy settings, a
Facebook user can make information available only to himself or herself, to particular Facebook
users, or to anyone with access to the Internet, including people who are not Facebook users.  A
Facebook user can also create "lists" of Facebook friends to facilitate the application of these
privacy settings.  Facebook accounts also include other account settings that users can adjust to
control, for example, the types of notifications they receive from Facebook.

12.     Facebook users can create profiles that include photographs, lists of personal
interests, and other information.  Facebook users can also post "status" updates about their
whereabouts and actions, as well as links to videos, photographs, articles, and other items
available elsewhere on the Internet.  Facebook users can also post information about upcoming
"events," such as social occasions, by listing the event's time, location, host, and guest list.  In
addition, Facebook users can "check in" to particular locations or add their geographic locations
to their Facebook posts, thereby revealing their geographic locations at particular dates and
times.  A particular user's profile page also includes a "Wall," which is a space where the user
and his or her "Friends" can post messages, attachments, and links that will typically be visible
to anyone who can view the user's profile.

13.     Facebook has a Photos application, where users can upload an unlimited number
of albums and photos.  Another feature of the Photos application is the ability to "tag" (i.e.,

5

label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

14.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

15.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

16.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

17.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

18.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log

6

includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

19.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

20.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

21.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

22.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

23.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook also assigns a group identification number to each group. Facebook uses the term "Group Contact Info" to describe

7

the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

24.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

25.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

26.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

27.     In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account and where.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).  In the case at issue involving Leonardo Gonzalez, this information will be invaluable in assisting the United States Marshals Service in locating him and apprehending him on violation of supervised release petition pending against him.

28.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning

subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

29.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

30.     Based on the forgoing, I request that the Court issue the proposed search warrant.

31.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is a district court of the United States that – has jurisdiction over the offenses being investigated. 18 U.S.C. § 2711(3)(A)(i).

32.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

Ben Runnels
Deputy U.S. Marshal #31169
U.S. Marshals Service
Western District of Arkansas

Subscribed and sworn to before me on ___**10/5**_____, 2017.

_____

Hon. Erin L. Wiedemann
UNITED STATES MAGISTRATE JUDGE

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Facebook account identified by

the unique name "Leo Gonzalez" and Facebook user ID 100015932445284 at

https://www.facebook.com/profile.php?id=100015932445284 that is stored at premises owned,

maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park,

California.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody,

or control of Facebook, including any messages, records, files, logs, or information that have

been deleted but are still available to Facebook, or have been preserved pursuant to a request

made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to

the government for each user ID listed in Attachment A for the time frame of April 17, 2017

through September 30, 2017, a time period less than one-hundred and eighty days:

   (a)      All contact and personal identifying information, including: full name, user

            identification number, birth date, gender, contact e-mail addresses, Facebook

            passwords, Facebook security questions and answers, physical address (including

            city, state, and zip code), telephone numbers, screen names, websites, and other

            personal identifiers.

   (b)      All activity logs for the account and all other documents showing the user's posts

            and other Facebook activities;

   (c)      All Photoprints, including all photos uploaded by that user ID and all photos

            uploaded by any user that have that user tagged in them;

   (d)      All Neoprints, including profile contact information; News Feed information;

            status updates; links to videos, photographs, articles, and other items; Notes; Wall

            postings; friend lists, including the friends' Facebook user identification numbers;

            groups and networks of which the user is a member, including the groups'

            Facebook group identification numbers; future and past event postings; rejected

"Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes information on GONZALEZ, a person to be arrested of Title 18 U.S.C. § 3583 for violations of supervised release, including, for each user ID identified on Attachment A, information pertaining to the following matters:

- (a) Communications that could ascertain subjects location, telephone number, and photographs.

- (b) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

3